IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                              *         Case No 09-26826
**Church of the Deciples**                          *         (Chapter 11)
      Debtor                *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT

I HEREBY CERTIFY under the penalty of perjury that I have not prepared the following:

A. Balance Sheet;

B. Statement of Operations;

C. Cash Flow Statement.

Date: September 23, 2009            /s/ John B. Williams_____
                                                  John B. Williams, Pastor
                                                  Church of the Deciples

### CERTIFICATE OF SERVICE

The United States Trustee will be served electronically.  No further service is necessary.

                                     ___/s/_____
                                      Adam Freiman, 23047
                                      Sirody, Freiman & Feldman, PC
                                      1777 Reisterstown Road - Suite 360
                                      Baltimore, Maryland 21208
                                      (410) 415-0445

                                      Counsel for Debtor